Case 1:25-mj-00089-MJS   Document 1-

Case: 1:25-mj-00089
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 5/21/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

The below signed affiant is a Criminal Investigator/Deputy U.S. Marshal assigned to the U.S. Marshals Service (USMS) D.C. District Court Judicial Security Unit (JSU).

I am a Deputy United States Marshal with the United States Marshals Service (USMS) and have been since 2010. I am currently assigned to the U.S. District Court for the District of Columbia, where I am assigned the collateral duty of District Protective Investigator. I have conducted numerous criminal investigations and received training in Protective Investigations. I am a Criminal Investigator of the United States within the meaning of Title 28, United States Code, Section 566(d) and (e)(1)(A); that is, an officer of the United States who is employed to make arrests for any felony cognizable under the laws of the United States if he or she has reasonable grounds to believe that the person to be arrested has committed or is committing such felony. I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) and have received training and am certified in areas such as legal aspects and duties regarding Protective Investigations. Furthermore, I have successfully completed numerous training programs hosted by USMS, FLETC, the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and other local/state/federal law enforcement agencies and organizations. From June 2020 to June 2022, I was detailed full time to the ATF Washington Field Division, as a Criminal Investigator to participate in the ATF/USMS Violent Crime Reduction Initiative. During my time detailed to the ATF, I participated in numerous criminal investigations, which resulted in arrests and convictions for violent criminal activities to include firearm, drug, and conspiracy charges. From 2020 to 2024, I served as the Warrant Coordinator for D.C. District Court. As the warrant coordinator, I performed supervisory duties within the warrant squad during the supervisor's absence.

This affidavit is in support of an arrest warrant and is intended to establish probable cause for the arrest of Emily Gabriella SOMMER. This affidavit is not intended to convey all the facts known to law enforcement. The following facts and circumstances set forth in this affidavit are based on information supplied to your affiant by members of the law enforcement community, witnesses, and facts obtained through my independent investigation.

On May 8th, 2025, at approximately 3:30 p.m., in front of 601 D Street Northwest in Washington, D.C., Edward R. Martin Jr., who will hereinafter be referred to as V-1, was conducting a video-recorded interview with A.A., a reporter affiliated with the Newsmax television network. At the time, V-1 was the interim U.S. Attorney for the District of Columbia. N.M., the Director of Executive Affairs (DEA) for the U.S. Attorney's Office for the District of Columbia, and T.O., a reporter affiliated with the National Broadcasting Company (NBC) television network, were also present for the interview.

During the interview, Suspect-1, later identified as Emily Gabriella SOMMER, approached V-1 and stated words to the effect of, "Who in the fuck are you?" V-1 turned to face SOMMER. SOMMER then said words to the effect of, "Are you Ed Martin? You are. Ed Martin." Next, SOMMER lunged at V-1 and spit on V-1's left shoulder. SOMMER then walked eastbound on D

Street Northwest and yelled, "You are a disgusting man. Fuck you, Ed Martin. My name is Emily Gabriella SOMMER, and you are served."



After the incident, law enforcement reviewed security camera footage from the exterior of the U.S. Attorney's Office, which captures SOMMER walking away after spitting on V-1.



Investigators queried the name "Emily Gabriella Sommer" in law enforcement databases and identified Emily Gabriella Sommer with date of birth ▮▮▮▮▮▮▮ along with the following booking photo.



Your affiant compared the booking photo to footage of the incident and noted consistencies in the jawline, hairline, eyebrows, and nose between the booking photo of SOMMER and the footage of Suspect-1.



Investigators identified the X (formerly Twitter) user @EmilyGabriellaS with the display name Lefttits and URL: https://x.com/EmilyGabriellaS and determined that SOMMER is likely the account holder for that X account. On May 8, 2025 from approximately 6:03 p.m. to 6:10 p.m., the @EmilyGabriellaS X account made several posts related to the incident including the following posts:



3















6

Your affiant is aware that V-1's personal X account username is @EagleEdMartin.

The @EmilyGabriellaS X account contains a profile picture that appears similar to known photographs of SOMMER.



Investigators queried law enforcement databases and identified Address-1 as SOMMER's home address. On May 15, 2025, investigators interviewed W2 at SOMMER's residence. Investigators showed W2 a still image from security camera footage capturing SOMMER walking away after spitting on V-1. W2 positively identified Emily Gabrielle SOMMER and confirmed SOMMER lives at Address-1.

As such, your affiant submits that probable cause exists to charge Emily Gabrielle Sommer with violation of 18 U.S.C. § 111 **(Assaulting, resisting, or impeding certain officers and employees of the United States)**.

Respectfully submitted,

_____
Fletcher Veitch
Deputy U.S. Marshal
U.S. Marshals Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on May 21, 2025.

_____
MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE