AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

RECEIVED
By USMS District of Columbia District Court at 2:28 pm, May 21, 2025

United States of America
v.
EMILY GABRIELLA SOMMER

)
) Case: 1:25-mj-00089
) Assigned To: Judge Sharbaugh, Matthew J.
) Assign. Date: 5/21/2025
) Description: COMPLAINT W/ARREST WARRANT
)

*Defendant*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   EMILY GABRIELLA SOMMER    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding A Government Official.

Date:  05/21/2025

*Issuing officer's signature*

City and state:  Washington, D.C.    Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/21/25 , and the person was arrested on *(date)* 05/22/25
at *(city and state)* Washington DC

Date: 5/22/25

*Arresting officer's signature*

D. Stallmon- DUSM
*Printed name and title*